Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| Zeina Alabassi | Case No.: |
| 8900 Research Park Drive, #1024 The Woodlands, TX   77381 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |
| Plaintiff, | |
| vs. | |
| **United States Department of Homeland Security; United States Citizenship and Immigration Services; Alejandro Mayorkas**, Secretary, Department of Homeland Security; **Ur M. Jaddou**, Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; | |
| Office of General Counsel US Department of Homeland Security 2707 Martin Luther King Jr. Ave., SE Washington DC   20528-0485 | |
| **Christopher A. Wray,** Director of Federal Bureau of Investigations | |
| Attorney General US Department of Justice 950 Pennsylvania Ave, NW Washington DC   20530-0001 | |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

Defendants.

## **INTRODUCTION**

1.   This action is brought by Plaintiff Zeina Alabassi by and through her attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of November 7, 2016, and which has still has not been called for an interview.

2.   Plaintiff Zeina Alabassi filed an application for Asylum and for Withholding of Removal on November 7, 2016.

3.   Soon after filing her application, Plaintiff received an appointment notification to appear at the USCIS Application Support Center between November 17, 2016 and December 1, 2016 to have her biometrics taken.  Plaintiff did attend her scheduled biometrics appointment.

4.   Since Plaintiff had her biometrics taken in 2016, she has not been called for an interview and she has been unable to obtain any further information on when an interview will be scheduled.

5.   Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiffs' asylum application for an interview which has been pending now for nearly five years.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an interview for her pending asylum application.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

## PARTIES

6.  Plaintiff ZEINA ALABASSI is a citizen of Syria.   Plaintiff filed her I-589 Application for Asylum and Withholding of Removal on November 7, 2016.

7.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the officers named as defendants in this complaint.

8.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the officers named as defendants in this Complaint.

9.  Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

10. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application.  This suit is brought against Director Jaddou in his official capacity, as he is charged with oversight, administration, and execution of immigration laws of the United States.

11. Defendant TED H. KIM (hereinafter "Acting Associate Director Kim") is the Acting Associate Director of Refugee, Asylum, and International Operations.  This suit is brought

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

against Acting Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

12.   Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate.  This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system.  Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication.  Upon information and belief, USCIS has not processed Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

13. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

14. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes."  5 U.S.C. § 702.  Plaintiff suffered a legal

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

15. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

16. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld."  Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted.")

## **VENUE**

17. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides.   Because the Defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

**18.** Plaintiff has no administrative remedies.  Plaintiff has received no correspondence or communications whatsoever from Defendants about the pending asylum application and when it will be called for an interview.   There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

19. Pursuant to 8 U.S.C. §1158, Plaintiff Zeina Alabassi filed an Application for Asylum and Withholding of Removal with Defendant United States Citizenship and Immigration Services on November 7, 2016.   **(Exhibit A – I-589 Application for Asylum and Withholding of Removal and Acknowledgement of Receipt)**.

20. Shortly after filing her application, Plaintiff Zeina Alabassi was instructed to appear at an application support center to have her biometric information captured.   **(Exhibit B-I-797 Notice of Action)**

21. Plaintiff Zeina Alabassi did timely present herself at the designated application support center and had her biometric information collected.

22. Since she had her biometric information collected, Plaintiff Zeina Alabassi has not received any indication from the Defendant United States Citizenship and Immigration Services of when her Asylum interview will be scheduled.    Plaintiff Zeina Alabassi therefore has no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25.  Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii).  It has been nearly five years since Plaintiff Zeina Alabassi applied for Asylum and she still has not yet received an interview date on her case.

26.  Plaintiff has no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled for an interview and adjudicated.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain.  Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for her pending Asylum application.

30. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm.  Specifically:

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

a.  Plaintiff has been irreparably damaged from the fear of not knowing what will happen with her asylum case for the past five years.  She has been constantly hoping for a date to interview for her application for asylum, so she would not have to worry about her future.  Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

b.  The delay is causing irreparable harm to Plaintiff who is not able to continue with her life in the United States without fear of returning to Syria, a country where she will more likely than not be persecuted, tortured, or killed.

31.  The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Zeina Alabassi's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiff's case.

32.  The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff's Zeina Alabassi application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to her case.

33.  The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34.  Plaintiff Zeina Alabassi has attempted to learn about the status of her pending Asylum and Withholding of Removal application, all to no avail.  Only Defendant United States Citizenship and Immigration Services is able to make decisions on scheduling an asylum

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

interview, leaving no adequate remedy.  Accordingly, Plaintiff has been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

     a. Accept jurisdiction and maintain continuing jurisdiction of this action;

     b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

     c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

     d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Zeina Alabassi's application;

     e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Zeina Alabassi's Asylum and Withholding of Removal application;

     f. Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

     g. Grant such other relief at law and in equity as justice may require.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

1

Dated this October 27, 2021                    Respectfully Submitted,

2

/s/ Lewis Jubran

3

4                                                              Lewis Jubran, Esq.
                                                               Counsel for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF
IMMIGRATION MANDAMUS - 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE**

**RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**ALABASSI v UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | I-589 Application for Asylum and Acknowledgment of Receipt | 1-16 |
| B | I-797 Notice of Action | 17 |

**EXHIBIT A**

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☒

## Part A.I. Information About You

| | |
|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*<br>NONE | **2.** U.S. Social Security Number *(if any)*<br>NONE |

| **3.** Complete Last Name<br>ALABASSI | **4.** First Name<br>ZEINA | **5.** Middle Name<br>ZIAD |
|---|---|---|

**6.** What other names have you used *(include maiden name and aliases)?*
NONE

**7.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name<br>6960 NORTH LOOP 1604 W | | Apt. Number |
|---|---|---|
| City<br>SAN ANTONIO | State<br>TX | Zip Code<br>78249 | Telephone Number<br>( 210 ) 620-9356 |

**8.** Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable):* | Telephone Number<br>( ) |
|---|---|
| Street Number and Name<br>SAME AS ABOVE | Apt. Number |
| City | State | Zip Code |

**9.** Gender: ☐ Male ☒ Female **10.** Marital Status: ☒ Single ☐ Married ☐ Divorced ☐ Widowed

| **11.** Date of Birth *(mm/dd/yyyy)*<br>07/14/1997 | **12.** City and Country of Birth<br>LATAKIA, SYRIA |
|---|---|

| **13.** Present Nationality *(Citizenship)*<br>SYRIAN | **14.** Nationality at Birth<br>SYRIAN | **15.** Race, Ethnic, or Tribal Group<br>ARAB | **16.** Religion<br>ISLAM |
|---|---|---|---|

**17.** *Check the box, a through c, that applies:* **a.** ☒ I have never been in Immigration Court proceedings.

**b.** ☐ I am now in Immigration Court proceedings. **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**18.** *Complete 18 a through c.*

**a.** When did you last leave your country? *(mmm/dd/yyyy)* 07/25/2011 **b.** What is your current I-94 Number, if any? 00326651585

**c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)*

| Date 01/09/2016 | Place HOUSTON, TX | Status F1 | Date Status Expires |
|---|---|---|---|
| Date 07/24/2015 | Place NEW YORK CITY, NY | Status F1 | |
| Date | Place | Status | |

| **19.** What country issued your last passport or travel document?<br>NONE | **20.** Passport Number N 002910036<br>Travel Document Number NONE | **21.** Expiration Date *(mm/dd/yyyy)*<br>07/11/2017 |
|---|---|---|

| **22.** What is your native language *(include dialect, if applicable)?*<br>ARABIC | **23.** Are you fluent in English? ☐ Yes ☒ No | **24.** What other languages do you speak fluently?<br>NONE |
|---|---|---|

| **For EOIR use only.** | **For USCIS use only.** | **Action:**<br>Interview Date: _____<br>Asylum Officer ID#: _____ | **Decision:**<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**     [X] I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)*<br>NONE | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth |
|---|---|---|

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender<br>[ ] Male    [ ] Female |
|---|---|---|

**15. Is this person in the U.S.?**    [ ] Yes *(Complete Blocks 16 to 24.)*    [ ] No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings?<br>[ ] Yes    [ ] No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

---

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

[X] I do not have any children. *(Skip to Part A.III., Information about your background.)*

[ ] I have children.    Total number of children: _____

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)*<br>NONE | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender<br>[ ] Male    [ ] Female |

**13. Is this child in the U.S. ?**    [ ] Yes *(Complete Blocks 14 to 21.)*    [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?<br>[ ] Yes    [ ] No | |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*

[ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

[ ] No

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) NONE | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) NONE | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any) NONE | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S.? ☐ Yes (Complete Blocks 14 to 21.)  ☐ No (Specify location):

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

3

## Part A.III Information About Your Background

**1.** List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| AL RAKAH JONOUBIYAH | AL KHOBAR | | SAUDI ARABIA | 01/2004 | 06/2015 |
| | | | | | |

**2.** Provide the following information about your residences during the past 5 years. List your present address first.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 6960 N. LOOP 1604 W | SAN ANTONIO | TEXAS | USA | 01/2016 | PRESENT |
| AL RAKAH JONOUBIYAH | AL KHOBAR | | SAUDI ARABIA | 12/2015 | 01/2016 |
| 6960 N. LOOP 1604 W | SAN ANTONIO | TEXAS | USA | 06/2015 | 12/2015 |
| AL RAKAH JONOUBIYAH | AL KHOBAR | | SAUDI ARABIA | 01/2004 | 06/2015 |
| | | | | | |

**3.** Provide the following information about your education, beginning with the most recent.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| UNIVERSITY OF TEXAS | UNIVERSITY | SAN ANTONIO, TX | **08/2015** | PRESENT |
| AL HUSSAN INTERNATIONAL | HIGH SCOOL | AL KHOBAR, SAUDI ARABIA | 09/2013 | 06/2015 |
| NEW WORLD INTERNATIONAL | MIDDLE SCHOOL | AL KHOBAR, SAUDI ARABIA | 09/2004 | 06/2013 |
| RAHIMA INTERNATIONAL SCHOOL | PRIMARY SCHOOL | DAMMAM, SAUDI ARABIA | 09/2001 | 06/2004 |

**4.** Provide the following information about your employment during the past 5 years. List your present employment first.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

**5.** Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
**(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* SERIN ALIO | HOMS, SYRIA | ☐ Deceased SAUDI ARABIA |
| *Father* ZIAD ALABASSI | LATAKIA, SYRIA | ☐ Deceased SAUDI ARABIA |
| *Sibling* YASMEEN ALABASSI | SAN, FRANCE | ☐ Deceased U.A.E. |
| *Sibling* ABDUKKATIEF ALABASSU | SAUDI ARABIA | ☐ Deceased SAUDI ARABIA |
| *Sibling* ZEIN ALABASSI | SAUDI ARABIA | ☐ Deceased SAUDI ARABIA |
| *Sibling* | | ☐ Deceased |

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

**1.** Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

| | |
|---|---|
| ☐ Race | ☐ Political opinion |
| ☐ Religion | ☒ Membership in a particular social group |
| ☒ Nationality | ☒ Torture Convention |

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> PLEASE SEE MY DECLARATION

**B.** Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> PLEASE SEE MY DECLARATION

## Part B. Information About Your Application (Continued)

**2.** Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No    ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

**3.A.** Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No    ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

PLEASE SEE MY DECLARATION

**3.B.** Do you or your family members continue to participate in any way in these organizations or groups?

☐ No    ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

PLEASE SEE MY DECLARATION

**4.** Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No    ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

PLEASE SEE MY DECLARATION

## Part C. Additional Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)*

**1.** Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No          [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

**2.A.** After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No          [X] Yes

**2.B.** Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[X] No          [ ] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

**3.** Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No          [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application (Continued)**

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title and imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| ZEINA ZIAD ALABASSI | زينة زياد العباسي |

Did your spouse, parent, or child(ren) assist you in completing this application? [X] No [ ] Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application? [ ] No [X] Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? [ ] No [X] Yes

Signature of Applicant *(The person in Part A.I.)*

[ _____ ]
Sign your name so it all appears within the brackets

09/26/2016
Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | RANI HASAN |

| Daytime Telephone Number | Address of Preparer: Street Number and Name |
|---|---|
| ( 909 ) 989-0203 | 10399 FOOTHILL BLVD |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 2112 | RANCHO CUCAMONGA | CA | 91730 |

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

10

**Supplement A, Form I-589**

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

## List All of Your Children, Regardless of Age or Marital Status
*(NOTE: Use this form and attach additional pages and documentation as needed if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

Supplement B, Form I-589

| Additional Information About Your Claim to Asylum | |
|---|---|
| A-Number *(if available)*<br>NONE | Date |
| Applicant's Name | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

**Part** _____

**Question** _____

\2

# Declaration Letter

I am Zeina Ziad Alabassi born in Damascus, Syria on 07/14/1997, my family consists of my parents, two boys and a sister, lived my childhood in Saudi Arabia and i went to Al Hussan International School.

We lived in Saudi Arabia 15 years regardless of our happy life there we always felt the discrimination between us and the Saudi citizens, in regards to work pay, treatment, job opportunities and the way of living. When i graduated from my school in 2015 I felt that I could never achieve my educational and career dream in Saudi Arabia due to the lack-ness of support to women rights that live there and since I am natural girl, I love life and I always obeyed the rules in regards women living in Saudi Arabia such as not being able to drive or go anywhere or the lack of opportunities to finish education or career (work). I felt that I am going nowhere in my life being here and that's when i got the idea to study overseas, so I suggested the idea on my parents who were very supportive, sure enough I started applying for colleges and universities and based on my research the United States' universities and colleges are the strongest and fairest when it comes to foreigners students so I insisted on finishing my education in America.

I got accepted at University of Texas at San Antonio and i joined in 2015 and I study Business Management. I left Saudi Arabia and my visa there expired and I had nothing there to keep me except my parents, and when I came here I noticed the major difference between living in Saudi Arabia and living in America in regards to the equal rights between men and women, familiarity and caring by allowing everyone to practice their beliefs including educational beliefs and academic ones as well which gave me a great help in building my abilities in education and also strengthen my personality and because of that I started looking at life in a better and beautiful way with more awareness and all this could not have happened if I stayed in Saudi Arabia which uses extreme laws against women.

When the killing and destruction started in Syria, the treatment towards Syrians living in Saudi Arabia started to get really bad, no

13

Syrian is allowed to work without work permit and residency in which they never gave us no exceptions, my dad had a good position at work but us Syrians we knew eventually that one day we won't be allowed to stay in Saudi Arabia and my dad's work will end which will leave us stranded since we can't go to any other arabic country because of the way they treat us and offer no assistance to Syrians and this is whats happening nowadays in few countries. We started thinking of going back to our country and live there, but what country I am talking about? my country got destroyed, full of murders and murderers which made it impossible for us to go back, even before the war we didn't always live much in Syria, we used to go there on our summer vacations which only lasted 3 months only and we specifically stayed in the city of Latakia, we spent very happy days but I couldn't avoid noticing the big sufferance Syrians face in regards of job opportunities, unemployment rate and high level of poverty in addition to the disrespect of human rights.

The last time I went to Syria it was the summer of 2010 and ever since the Syrian revolution I never went back, the main reason is the fear that got built inside me after I have seen the huge destruction that Syria had suffered and the enormous numbers of victims as well as the huge numbers of missing people along with those taking as prisoners. Since the crisis started my family and I felt so bad and me being a girl that hates murder, violence and believe in human rights I started a volunteer work with a nonprofit Syrians Women Unlimited Organization which provides support to all Syrian refugees in neighbor countries, I was with a group of women that collects used clothes and send them to the Syrian refugee camps. I did participate in a lot of nonprofit organizations that targets those Syrian refugee families that seek help. In 03/14/2014 my mother and I visited the Syrian refugee camps in Tripoli and Arsal and what I saw there affected mentally due to excessive poverty, hunger and degradation.

When Eastern Ghouta was bombed with chemical bombs, myself and a group of Syrian women and men were protesting for few hours in the city of Al Khobar that cruel behavior and that was the only time we did protest because after that the Saudi government banned all protests and supporters, in my nature I respect the law completely anywhere I ever lived.

14

Due to the close friendship between my father and Dr. Iyad Qodsi (the prime minister of the temporary Syrian government) I was able to join along with my mother and father the Syrian Democratic Coalition which its purpose to create a new democratic Syrian country that believes in freedom, equality and justice for all Syrians but my work with this Coalition (which included lots of well educated Syrians) was restricted on the humane part of offering help, assistance and support to the Syrian refugees in neighbor countries..

My father did receive numerous anonymous phone calls from Syria (from federal agents and system security branches) which included threats and warning for him, my family and I saying that the punishment will be hard if we continued our support to the civil Syrian revolution, I even received numerous calls on my phone also on my way out of school or nonprofit event people used to approach me to threaten me and tell me to stop helping the citizens of my country or they will hurt me and my family...not only that also our passports won't get renewed once expired and our estates will be seized or stolen ( and that's what happened to our family home in City Kisb that was taken by the armed forces and turn it into a armed forces base in City Kisb.) and we all will be arrested if we go back to Syria which was true since they arrested some of our family members most known Dr. Rania Alabassi with her husband and kids and their fate is until now is unknown.

I believe and dream that the Syrian people must live in a country that offers freedom, respect, justice and equality to all people just like the way things are in the United States of America.

I, Rania Hasan, certify that I am competent in the English and Arabic languages and that this is an accurate translation of the attached

Rania Hasan _____        Date: _____

15



**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

*Expedite*

**Fingerprint Notification**

| CASE TYPE | | | NOTICE DATE |
|---|---|---|---|
| 1589    Application For Asylum | | | |

| | CODE | USCIS A# |
|---|---|---|
| | | A 209 489 770 |

| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ZHN1600110980 | November 07, 2016 | November 07, 2016 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ZEINA ZIAD ALABASSI
6960 N LOOP 1604 W
SAN ANTONIO TX 78249

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SAN ANTONIO<br>5121 CRESTWAY DR<br>SUITE 112<br>SAN ANTONIO TX 782391975 | BIOMETRICS PROCESSING STAMP<br>ASC SITE CODE 11/17/2016  X5M<br>BIOMETRICS QA REVIEW BY:<br>ON<br>TENPRINTS QA REVIEW BY:<br>ON | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER,** or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you.** Biometrics processing may take longer without identification.

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

| Rescheduling Form: ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to: BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586. If you have any questions regarding this notice, please call 1-800-375-5283. | APPLICANT COPY<br> |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  07/11/14 Y

17